UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bobbi Bockoras, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:13-cv-00334-MRH |
| Saint-Gobain Containers, Inc. | ) |
| d/b/a Verallia North America | ) |
| | ) |
|        Defendant. | ) |

**STIPULATION SELECTING ADR PROCESS**

      Counsel report that they have met and conferred regarding Alternative Dispute Resolution (ADR) and have reached the following stipulation pursuant to L.R. 16.2 and the Court's ADR Policies and Procedures.

**I.**     **PROCESS**

Select one of the following processes:

      _____ Mediation
      _____ Early Neutral Evaluation (ENE)
      _____ Court sponsored Binding Arbitration
      _____ Court sponsored Non-binding Arbitration
      __X__ Private mediation with the Honorable Kenneth J. Benson.
      _____ Other (please identify process and provider) _____

**\*If you are utilizing a private process, be advised that the case is still governed by the Court's ADR Policies and Procedures. It is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.**

**II.**     **COSTS**

The parties have been unable to reach an agreement to share the ADR costs.

      -Plaintiff has asked Defendant to pay 100% of the mediator's costs.

      -Defendant proposes that each party pay 50% of the mediator's costs.

The parties request that the Court resolve this disagreement.

**III.**    **NEUTRAL**

The parties hereby designate by agreement the following individual to serve as a Neutral in the

above-styled action:

| | |
|---|---|
| Name of Neutral: | Kenneth J. Benson |
| Address of Neutral: | JUSTUS ADR SERVICES |
| | P.O. Box 101824 |
| | Pittsburgh, PA 15237 |
| Telephone & FAX Numbers: | Phone : (412) 281-9112 |
| | Fax: (866) 571-6273 |
| Email address of Neutral: | JustusADR@gmail.com |

**Date of ADR Session:**            Not yet determined.

The parties represent that they have contacted the selected prospective neutral and have determined that the neutral is available to conduct the ADR session within the time prescribed by the Court's Policies and Procedures and that the neutral does not have a conflict.

IV.   PARTICIPANTS

Name and title of the individual(s) who will be attending the mediation or early neutral evaluation session, **in addition to counsel**, in accordance with **Section 2.7  (Attendance at Session)** of the Court's ADR Policies and Procedures:

   For Plaintiff:      Bobbi Bockoras, Plaintiff

   For Defendant:      Casey Eckert, Corporate Counsel

If there is insufficient space to list all parties who will be attending the session, please add additional sheets as necessary.

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority, **as specified in sub-section (A)(1-3) of the above section of the Court's ADR Policies and Procedures.**


V.   ACKNOWLEDGMENT

   We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.

Dated:  January 10, 2014     *s/ Courtney M. Dankworth*_____
                             Attorney for Plaintiff(s)


Dated:  January 10, 2014     *s/ D. Rusty Denton*_____
                             Attorney for Defendant(s)


Rev. 2/2012