IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BOBBI BOCKORAS,

    Plaintiff,                        13cv334

                                    **ELECTRONICALLY FILED**

    v.

SAINT-GOBAIN CONTAINERS, INC.,

    Defendant.

|  |  |
|---|---|
| Hearing Held: Motion Hearing<br>Date of Hearing: 2/3/2014<br>Before Judge Mark R. Hornak | |

| | |
|---|---|
| Plaintiff Counsel | Courtney M. Dankworth; Galen Sherwin; Susan J. Frietsche |
| Defendant Counsel | D. Rusty Denton; Catherine S. Ryan |
| Court Reporter | Sandra Wenger |
| Law Clerk/Deputy Clerk | JNP/BDB |
| Start time | 1:05 PM |
| End time | 2:39 PM |

**NOTED:**

This Motion Hearing is held regarding [32] Motion to Dismiss, or in the Alternative, to Strike.

- Motions will be Denied Without Prejudice
- Telephonic Status Conference (2) will be set by further Order of Court
- A Post-Discovery Status Conference will be scheduled
- An appropriate Order will enter