**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
------------------------------------------------------------- X
                          :

Bobbi Bockoras,                        :

                        Plaintiff,      :    Civil Action No. 1:13-cv-334-MRH

                          :

      – against –               :    The Honorable Mark R. Hornak

                          :

Saint-Gobain Containers, Inc.,    :    Electronically Filed
d/b/a Verallia North America      :

                          :

                   Defendant.    :

                          :
------------------------------------------------------------- X

<u>**DECLARATION OF COURTNEY M. DANKWORTH**</u>
<u>**IN SUPPORT OF PLAINTIFF'S MOTION TO ALLOCATE THE**</u>
<u>**COSTS OF MEDIATION TO DEFENDANT**</u>

      I, COURTNEY M. DANKWORTH, declare under penalty of perjury that the

foregoing is true and correct:

      1.      I am associated with the law firm Debevoise & Plimpton LLP and I

represent Bobbi Bockoras, the Plaintiff in the above-captioned case.

      2.      Attached as Exhibit A to this declaration is a true and correct copy of a

portion of the transcript of the motion hearing held in this Court on February 3, 2014.

      3.      In the Stipulation Selecting ADR Process filed in this action on January

10, 2014, Plaintiff and Defendant were unable to agree on the allocation of the costs of

the mediator's services, notwithstanding negotiation.

      4.      On Plaintiff's behalf, I proposed court-sponsored non-binding arbitration

as the ADR process.

5.      Plaintiff's preference for court-sponsored non-binding arbitration is owed predominantly to the court's payment of costs for that process in accordance with 28 U.S.C. § 658.

6.      In response, Defendant's counsel indicated Defendant's preference for private mediation.

7.      I indicated that Plaintiff would be willing to agree to private mediation, provided that Defendant pay the costs of private mediation.

8.      Defendant did not agree to pay the mediation costs in full.

Executed on March 13, 2014

/s/ Courtney M. Dankworth
Courtney M. Dankworth
*Counsel to Bobbi Bockoras*

2

# EXHIBIT A

```
                   IN THE UNITED STATES DISTRICT COURT
                  FOR THE WESTERN DISTRICT OF PENNSYLVANIA


    _____

    BOBBI BOCKORAS,

                         PLAINTIFF

             VS.                          CIVIL ACTION NO. 13-334

    SAINT-GOBAIN CONTAINERS, INC.,

                         DEFENDANT
    _____
```

<u>PROCEEDINGS</u>

    Transcript of HEARING ON MOTIONS, commencing on MONDAY,
FEBRUARY 3, 2014, 1:00 P.M., in the United States District
Court, Sixth Floor, U. S. Post Office and Courthouse Building,
Pittsburgh, Pennsylvania, before the HONORABLE MARK R. HORNAK,
UNITED STATES DISTRICT COURT JUDGE.

<u>APPEARANCES</u>:

For the Plaintiff:  By:  Courtney Dankworth, Esquire
                         Debevoise & Plimpton
                         919 third Avenue
                         New York, New York   10022

                         Galen Sherwin, Esquire
                         American Civil Liberties Union
                         125 Broad Street, 18th Floor
                         New York, New York   10004

For the Defendant:  By:  D. Rusty Denton, Esquire
                         Bingham Greenebaum Doll
                         10 West Market Street
                         2700 Market Tower
                         Indianapolis, Indiana   46204

                         Catherine Ryan, Esquire
                         Reed Smith
                         Reed Smith Centre
                         225 Fifth Avenue
                         Pittsburgh, Pennsylvania 15222
```

1          THE COURT:  Okay.  Mr. Denton and Ms. Ryan,
2    obviously, you haven't seen it, yet.  You're not Kreskin.
3    You're not mind readers.  But do you anticipate, and reserving
4    whatever defenses you're going to have to whatever an amended
5    complaint would look like, are you going to oppose the act of
6    amending?

7          MR. DENTON:  No, Your Honor.  Although, -- no.

8          THE COURT:  Okay.  So, Ms. Dankworth, when you do an
9    amended complaint, what I would ask is that you do an entire
10   pleading.  If you could, file your motion.  If Mr. Denton,
11   send it to Mr. Denton first.  If Mr. Denton and Ms. Ryan do
12   not oppose the act of amending, then we're all set.

13        You can simply note in the motion that you have
14   conferred with counsel for defendant and they consent.  We'll
15   grant it.  And I'm told the way the Clerk's Office works here,
16   you attach to it your motion.  And if I grant the motion, then
17   it's automatically filed.

18        Mr. Denton and Ms. Ryan, for reasons, I wasn't there
19   when they wrote Rule 15, I think the period for responding to
20   amended complaints is a bit shorter than I would have put in
21   the rule.  Assuming that there's an amended complaint that
22   comes in, how long would you like to respond to that amended
23   complaint?

24        MR. DENTON:  Depends on what the complaint says.

25        THE COURT:  Assume it's something like what you've

1   heard?

2           MR. DENTON:   There is, there is, there was a legal

3   issue that needs to be addressed.  I just don't want to hide

4   it from you.  It's not entirely clear whether, as a matter of

5   law, lactation is a medical condition in the Pregnancy

6   Discrimination Act.

7           THE COURT:   We'll have to sort that out.

8           MR. DENTON:   We'll have to sort that out.

9           THE COURT:   You want thirty days?

10          MR. DENTON:   That would be good, Your Honor.

11  Appreciate it.

12          THE COURT:   So, what we'll do is if we grant the

13  motion to amend, and it sounds like I will because it's not

14  going to be opposed, we'll also put in the order, Mr. Parsons,

15  that the defendant will have thirty days to file whatever

16  response under Rule 12(a) or (b) they think is appropriate.

17          Ms. Dankworth, if you could also do the Court and

18  the process a favor, when you send the draft amended complaint

19  over to Mr. Denton and Ms. Ryan, could you send them a red

20  line copy, also, so that they don't have to play Where's Waldo

21  with what's new, because it's a lengthy document.  If we were

22  talking about going from eighteen paragraphs to twenty-six,

23  I wouldn't ask to you do that.  But if you could do that, it

24  would probably smooth things out quite a bit.

25          If you want to have a copy of the red line version