UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
---------------------------------------------------------------- X
Bobbi Bockoras,

        Plaintiff,    : Civil Action No. 1:13-cv-334-MRH

 – against –         : The Honorable Mark R. Hornak

Saint-Gobain Containers, Inc.,    : Electronically Filed
d/b/a Verallia North America

        Defendant.
---------------------------------------------------------------- X

## DECLARATION OF BOBBI BOCKORAS IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND THE DEADLINE FOR CONDUCTING MEDIATION

I, BOBBI BOCKORAS, declare under penalty of perjury that the foregoing is true and correct:

1. I live in Smethport in McKean County, Pennsylvania.

2. I am pregnant with an expected due date of April 12, 2014.

3. If the mediation in this case is held before the current deadline, April 4, 2014, it will be extremely difficult for me to actively participate in the mediation.

4. Similarly, if the mediation is held shortly after I give birth, it will be extremely difficult for me to actively participate in the mediation.

5. If the mediation takes place in Erie, which is approximately a two-hour drive from Smethport, or in Pittsburgh, which is approximately a three-hour drive from Smethport, I would be required to travel over one hundred miles away from my doctors

and my home, which would be a great hardship either prior to giving birth or shortly after giving birth.

6.　I anticipate being able to fully participate in the mediation if it is held subsequent to one month after I give birth.

Executed on March 13, 2014.

*Bobbi Bockoras*
Bobbi Bockoras

2