IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOBBI BOCKORAS, | ) | |
| Plaintiff, | ) | Civil Action No. 1:13-cv-00334-MRH |
| | ) | |
| v. | ) | |
| | ) | The Honorable Mark R. Hornak |
| SAINT-GOBAIN CONTAINERS, INC., d/b/a VERALLIA NORTH AMERICA | ) ) | |
| | ) | ELECTRONICALLY FILED |
| Defendant. | ) | |

**DEFENDANT'S AMENDED CORPORATE**
**DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Defendant states as follows:

Pursuant to a Share Purchase Agreement between Ardagh Group and Compagnie de Saint-Gobain, all of the shares of Saint-Gobain Containers, Inc. were sold to Ardagh Glass Containers, Inc. Ardagh Glass Containers, Inc. merged with and into Saint-Gobain Containers, Inc. Saint-Gobain Containers, Inc. was the survivor of the merger and was renamed Ardagh Glass Inc. Ardagh Glass Inc.'s parent company is Ardagh Holdings USA Inc. The indirect parent of Ardagh Holdings USA Inc. is Ardagh Packaging Holdings Limited, a corporation incorporated in the Republic of Ireland. Ardagh Packaging Holdings Limited has four affiliated subsidiaries with publicly-traded debt. They include Ardagh Glass Finance plc, Ardagh Packaging Finance plc, Ardagh Holdings USA Inc. and Ardagh Packaging Finance S.A., which are traded on the Frankfurt Stock Exchange.

Respectfully submitted,

*/s/ Carolyn Clay Hall*
D. Rusty Denton, IN ID No. 13956-49
Carolyn Clay Hall, IN ID No. 24124-49
ddenton@bgdlegal.com
chall@bgdlegal.com
BINGHAM GREENEBAUM DOLL LLP
10 West Market Street, Suite 2700
Indianapolis, IN  46204
Phone:  (317) 635-8900
Fax:  (317) 236-9907

*Counsel for Defendant*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance was filed electronically with the Court on this date.  Notice of this filing will be sent by operation of the Court's ECF electronic filing system to all counsel of record.

*/s/ Carolyn Clay Hall*
Carolyn Clay Hall

Dated:  May 27, 2014

15264713.4

2