# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Bockoras | v. | Saint-Gobain Containers |
| Civil Action No. 13-cv-334 | | |

Hearing Type:   AT&T Telephone Status Conference

Date: June 3, 2014

Before Judge Mark R. Hornak

| | |
|---|---|
| Counsel for Plaintiff | Courtney Dankworth, Susan Frietsche, Galen Sherwin |
| Counsel for Defendant | Rusty Denton |
| Court Reporter | Sandra Wenger |
| Law Clerk/Deputy Clerk | Joe Parsons |
| Start time | 9:30 am |
| End time | 9:45 am |

**SUMMARY OF PROCEEDINGS:**

Counsel informed the Court that mediation is scheduled for next week, and that they are under agreement not to conduct further discovery until that mediation is concluded.

The Court instructed the parties to contact Chambers when appropriate to set the next conference.