**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Bockoras | v. | Saint-Gobain Containers |
| Civil Action No. 13-cv-334 | | |

Hearing Type:   AT&T Telephone Status Conference

Date: July 2, 2014

Before Judge Mark R. Hornak

| | |
|---|---|
| Counsel for Plaintiff | Courtney Dankworth, Galen Sherwin |
| Counsel for Defendant | Rusty Denton, Carolyn Hall |
| Court Reporter | Debbie Roe |
| Law Clerk/Deputy Clerk | Joe Parsons |
| Start time | 9:00 am |
| End time | 10:15 am |

**SUMMARY OF PROCEEDINGS:**

The parties discussed with the Court several issues related to their settlement negotiations.  Those discussions were conducted off the record due to the confidential nature of the terms of the settlement.