IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------- X
:
Bobbi Bockoras,                                            :
:
                     Plaintiff,     :  Civil Action No. 1:13-cv-334-MRH
:
  – against –                                            :  The Honorable Mark R. Hornak
:
Saint-Gobain Containers, Inc.,                             :  Electronically Filed
d/b/a Verallia North America                               :
:
                     Defendant.     :
:
----------------------------------------------------------X

## ORDER OF DISMISSAL

The parties having filed their Stipulation of Dismissal with Prejudice, and the Court, being duly advised of the premises, now hereby grants the same.

IT IS THEREFORE ORDERED that, except as provided below, this cause of action and all claims in Plaintiff's Amended Complaint are dismissed, with prejudice. The Court shall retain jurisdiction for purposes of enforcing the terms of the Confidential Settlement Agreement and General Release.

Dated: 7/14/14

_____
Judge, United States District Court
Western District of Pennsylvania